886

No. 09–11525. DUVALL *v.* LOMBARDI, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–11526. CHASE *v.* MAYNARD, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–11528. DEL VALLE-MEJIA *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 09–11529. ORTIZ *v.* BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–11530. CALWISE *v.* CURTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–11531. DAWSON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 09–11532. LAWRENCE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11533. LAURICO-YENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11535. WATERMAN *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 09–11536. YOUNG *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–11537. NAVES *v.* TURLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 09–11539. SHAW *v.* GAETZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 09–11540. BROWN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.